No. 5324.—Martínez, apldo., *v.* Iturrino, aplte.—C. D. Mayagüez. Mayo 27, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Por cuanto, aparece de la moción del apelado que en este caso la Corte de Distrito de Mayagüez dictó sentencia en 26 de julio de 1929, registrada en esa fecha, y el opositor radicó su apelación en 1 de agosto del mismo año, y en 9 de ese mes pidió por moción que se ordenara al taquígrafo preparara la transcripción, como se hizo por la corte en 12 del mismo mes de agosto;

Por cuanto, aparece asimismo que en 30 de agosto de 1929 el apelante, por moción, pidió a la corte de distrito que se concediera una prórroga de sesenta días para presentar la transcripción de evidencia, a cuya moción no recayó resolución alguna, sin que aparezca que se haya pedido nada más por el apelante;

Por cuanto, a pesar del tiempo transcurrido, no se ha presentado la transcripción de autos, ni se ha pedido prórroga para ello,

Por tanto, se desestima esta apelación, a moción del apelado.

No. 5342.—Tomei, aplda., *v.* Paradís et al., apltes.—C. D. Humacao. Junio 3, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Vista la moción de desestimación de la apelada y apareciendo que la parte apelante no ha radicado la transcripción de autos dentro del tiempo que exige la ley y no siendo excusa la negligencia del propio abogado de los apelantes para librar a éstos de los efectos de dicha negligencia, se declara con lugar la moción y en su consecuencia se desestima el recurso.